IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRANDON SMITH, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00302 |
| | ) | |
| v. | ) | |
| | ) | |
| CORRECT CARE SOLUTIONS, | ) | By: Elizabeth K. Dillon |
|     Defendant. | ) | United States District Judge |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Smith's 42 U.S.C § 1983 action is DISMISSED without prejudice pursuant to 42 U.S.C. § 1997e(c)(1) for failing to state a claim and this matter is STRICKEN from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

Entered: August 1, 2016.

                                                          */s/ Elizabeth K. Dillon*
                                                          Elizabeth K. Dillon
                                                          United States District Judge